**Order entered March 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01591-CR
No. 05-13-01592-CR

**JOHN BLACK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-42003-H, F13-25019-H**

## ORDER

The Court **REINSTATES** the appeals.

On March 4, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On March 5, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the March 4, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    DAVID EVANS
JUSTICE